**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARCO ANTONIO ROMERO-ROMERO, | No. 09-70415 |
| Petitioner, | Agency No. A042-326-903 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted January 10, 2012
Pasadena, California

Before:    KOZINSKI, Chief Judge, REINHARDT and W. FLETCHER,
Circuit Judges.

Marco Antonio Romero-Romero seeks review of an order by the Board of

Immigration Appeals ("BIA") denying his untimely motion to reopen removal

proceedings.  The BIA declined to exercise its *sua sponte* authority to reopen under

8 C.F.R. § 1003.2(a).

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

Romero argues that the BIA erred by placing the burden on him to establish the reasons why the state court vacated his attempted rape conviction. However, his reliance on *Nath v. Gonzales*, 467 F.3d 1185 (9th Cir. 2006), is misplaced because that case did not involve an untimely motion or the BIA's *sua sponte* authority under § 1003.2(a).

We lack jurisdiction to review the BIA's discretionary decision whether to exercise its *sua sponte* authority under § 1003.2(a). *See, e.g.*, *Mejia-Hernandez v. Holder*, 633 F.3d 818, 823-24 (9th Cir. 2011); *Ekimian v. INS*, 303 F.3d 1153, 1159-60 (9th Cir. 2002). Accordingly, we dismiss Romero's petition for lack of jurisdiction.

DISMISSED.